(V. D. 20)

AMERICAN THERMO-WARE COMPANY *v.* UNITED STATES

Entry No. 863682, etc.

(Decided October 14, 1955)

*Walter Auster* for the plaintiff.

*Warren E. Burger*, Assistant Attorney General, for the defendant.

WILSON, Judge: This matter is presently before me on a remand from a classification proceeding decided by the first division of this court in *American Thermo-Ware Company* v. *United States*, 34 Cust. Ct. 379, Abstract 59079. The judgment entered therein stated: "* * * that the matter be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matter has been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.

SCHEDULE "A"

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 249547–K/22382–53 | 863682 | 50 pcs. 7 x 50 binoculars with cases | |
| | | Binoculars | 12. 15 |
| | | Cases | 1. 25 |
| | | | plus cases and packing |
| | | 100 pcs. 8 x 30 binoculars with cases | |
| | | Binoculars | 9. 70 |
| | | Cases | 1. 00 |
| | | | plus cases and packing |
| | | 50 pcs. 10 x 50 binoculars with cases | |
| | | Binoculars | 12. 35 |
| | | Cases | 1. 25 |
| | | | plus cases and packing |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| | 866620 | 50 pcs. 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 11. 35 |
| | | Cases_____ | 1. 25 |
| | | | plus cases and packing |
| | 872945 | 50 pcs. 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 15. 50 |
| | | Cases_____ | 1. 00 |
| | | | net packed |
| | 879177 | 50 pcs. 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 15. 20 |
| | | Cases_____ | 1. 00 |
| | | | net packed |
| | | 50 pcs. 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 11. 35 |
| | | Cases_____ | 1. 25 |
| | | | plus cases and packing |
| | | 6 pcs. 7 x 50 C. F. binoculars with cases | |
| | | Binoculars_____ | 12. 45 |
| | | Cases_____ | 1. 25 |
| | | | plus cases and packing |
| | | 6 pcs. 7 x 50 I. F. binoculars with cases | |
| | | Binoculars_____ | 11. 35 |
| | | Cases_____ | 1. 25 |
| | | | plus cases and packing |
| | 879177 | 25 pcs. 8 x 30 binoculars with cases | |
| | | Binoculars_____ | 9. 70 |
| | | Cases_____ | 1. 00 |
| | | | plus cases and packing |
| | | 6 pcs, 6 x 30 C. F. binoculars with cases | |
| | | Binoculars_____ | 8. 60 |
| | | Cases_____ | 1. 00 |
| | | | plus cases and packing |
| | | 6 pcs. 6 x 30 I. F. binoculars with cases | |
| | | Binoculars_____ | 7. 60 |
| | | Cases_____ | 1. 00 |
| | | | plus cases and packing |
| | 887545 | 20 pcs. 16 x 50 binoculars with cases | |
| | | Binoculars_____ | 14. 55 |
| | | Cases_____ | 1. 25 |
| | | | plus cases and packing |